

# Fourth Court of Appeals
## San Antonio, Texas

July 10, 2015

No. 04-15-00398-CV

Caroline **BUSWELL**,
Appellant

v.

**THE GWSPI COMPANY, LLC**, as Successor in Interest to Wilmington Trust, NA, Trustee of
the Jeffrey P. Blanchard 2013 Family Trust,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-06197
Honorable David A. Canales, Judge Presiding

# O R D E R

The District Clerk's Notification of Late Record is hereby GRANTED. Time is extended to July 24, 2015.

Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of July, 2015.

Keith E. Hottle
Clerk of Court